# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

MARJORIE E. KRAHN
CLERK OF COURT

COUNCIL BLUFFS
DAVENPORT
DES MOINES

July 11, 2016

Clerk of Court
Scott County Courthouse
400 West Fourth Street
Davenport, Iowa 52801

      Re:    Remand of our Civil Case No. 3:16-cv-00022
             Cornelius Davis, M.D. v. Genesis Health System
             Scott County Case No. LACE127285

Dear Clerk:

      Enclosed is the above-captioned court file per order remanding the case back to your court. Also enclosed is a certified copy of the docket sheet.

      By copy of this letter to attorneys of record, we are informing them that all future pleadings and correspondence should be sent to your court.

                             Very truly yours,

                             MARJORIE E. KRAHN, Clerk of Court

                    By: *Deborah M. Hanghian*

                             Deborah M. Hanghian, Deputy Clerk

Enclosures:  Original court file
cc:           Counsel of record